# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 2:06-CR-00190-PMP-LRL |
| | ) | |
| **DARA SUE BEANE,** | ) | |
| | ) | |
| **Defendant.** | ) | ORDER |
| | ) | |

On December 30, 2010, the Federal Public Defender was appointed to represent Dara Sue Beane. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that BRET O. WHIPPLE, ESQ., is APPOINTED as counsel for DARA SUE BEANE in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Whipple forthwith.

DATED this   6th   day of January, 2011.
Nunc Pro Tunc: January 6, 2011.

_____
UNITED STATES DISTRICT JUDGE